JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR CHAVEZ VASQUEZ, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>HOSPITALITY STAFFING SOLUTIONS, LLC, a limited liability company; HS SOLUTIONS CORPORATION, a corporation; TRANSITIONAL WORK SOLUTIONS, LLC, a limited liability company; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. CV 21-4748-DMG (JEMx)<br><br>**ORDER RE DISMISSAL OF ACTION WITH PREJUDICE [20]** |

Upon review of Plaintiff Victor Chavez Vasquez and Defendant Hospitality Staffing Solutions, LLC's (collectively "the Parties") Stipulation for Dismissal of Action with Prejudice, the Court hereby orders that the above-captioned action is dismissed in its entirety, with prejudice, and that the Parties bear their own attorneys' fees and costs. All scheduled dates and deadlines are VACATED.

**IT IS SO ORDERED:**

DATED: February 9, 2022

*Dolly M. Gee*
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE